IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **LARRY REDMOND,**<br>59 W. 68th Street<br>Chicago, IL 60621<br><br>           **Plaintiff,**<br><br>v.<br><br>**FEDERAL BUREAU OF INVESTIGATION**<br>935 Pennsylvania Ave. NW<br>Washington, D.C. 20535<br><br>**U.S. DEPARTMENT OF JUSTICE,**<br>950 Pennsylvania Ave. NW<br>Washington, D.C. 20530<br><br>           **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT

1. Plaintiff LARRY REDMOND brings this suit to force Defendant FEDERAL BUREAU OF INVESTIGATION and U.S. DEPARTMENT OF JUSTICE to produce all non-exempt portions of records regarding the investigation into the 1987 murder of an employee inside an Illinois Department of Corrections facility. On privacy grounds, FBI refused to release any information about an individual despite Plaintiff providing a privacy waiver from that individual.

## PARTIES

2. Plaintiff LARRY REDMOND is the FOIA requester in this case.

3. Defendant FEDERAL BUREAU OF INVESTIGATION is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552.

4. Defendant U.S. DEPARTMENT OF JUSTICE is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552. DOJ is the parent agency of FBI.

## JURISDICTION AND VENUE

5. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court. *See* 28 U.S.C. § 1331.

6. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## FEBRUARY 5, 2021 FOIA REQUEST TO FBI

7. On February 5, 2021, Plaintiff submitted the following FOIA request to FBI:

> I request that a copy of any and all documents containing the following information be provided to me: any involvement of the FBI in the investigation of the murder of Superintendent Robert L. Taylor at the Pontiac Correctional Center in Illinois on September 3, 1987. The following individuals have been convicted of the killing: Ike Easley, age 59, Roosevelt Lucas, age 66, Michael Johnson, age 68, and David Carter, age 58.

8. A true and correct copy of the original FOIA request is attached as Exhibit 1.

9. On February 16, 2021, FBI refused to confirm or deny the existence of responsive records pursuant to FOIA Exemptions (b)(6) and (b)(7)(c).

10. A true and correct copy of the response letter is attached as Exhibit 2.

11. On April 30, 2021, Plaintiff administratively appealed the FBI's *Glomar* response.

12. A true and correct copy of the appeal letter is attached as Exhibit 3.

13. On August 2, 2021, DOJ rejected FBI's *Glomar* assertion and remanded the request to FBI for a search for responsive records.

14. A true and correct copy of the response letter is attached as Exhibit 4.

15. On August 4, 2021, FBI acknowledged receipt of the remanded request.

16. A true and correct copy of the acknowledgement letter is attached as Exhibit 5.

17. On February 16, 2024, FBI produced records responsive to the FOIA request with redactions pursuant to Exemptions (b)(6), (b)(7)(C), and (b)(7)(E).

18. A true and correct copy of the response letter is attached as Exhibit 6.

19. On May 16, 2024, Plaintiff administratively appealed the FBI's response and provided a privacy waiver signed by Michael Johnson consenting to the disclosure of his personal information that may appear in the responsive records.

20. A true and correct copy of the appeal letter is attached as Exhibit 7.

21. On November 19, 2024, in response to Plaintiff's appeal, DOJ affirmed the FBI's action on the request.

22. A true and correct copy of the appeal response is attached as Exhibit 8.

23. FBI did not send any further correspondence to Plaintiff regarding this request.

24. As of the date of this filing, FBI has failed to make all non-exempt portions of responsive records promptly available to Plaintiff.

## COUNT I – FBI'S FOIA VIOLATION

25. The above paragraphs are incorporated by reference.

26. Plaintiff's FOIA request seeks the disclosure of agency records and was properly made.

27. Defendant FBI is a federal agency subject to FOIA.

28. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

29. Defendant FBI has failed to conduct a reasonable search for records responsive to the request.

30. Defendant FBI has failed to produce all non-exempt records responsive to the request.

**WHEREFORE**, Plaintiff asks the Court to:

　i.　declare that Defendant has violated FOIA;

　ii.　order Defendant to conduct a reasonable search for records and to produce the requested records promptly;

- 4 -

    iii.    enjoin Defendant from withholding non-exempt public records under FOIA;

    iv.    award Plaintiff attorneys' fees and costs; and

    v.    award such other relief the Court considers appropriate.

Dated: June 10, 2025

                                                   RESPECTFULLY SUBMITTED,

                                                   */s/ Matthew V. Topic*

                                                   Attorneys for Plaintiff
                                                   LARRY REDMOND

                                                   Matthew Topic, D.C. Bar No. IL0037
                                                   Stephen Stich Match, D.C. Bar No. MA0044
                                                   Merrick Wayne, D.C. Bar No. IL0058
                                                   LOEVY & LOEVY
                                                   311 North Aberdeen, 3rd Floor
                                                   Chicago, IL 60607
                                                   312-243-5900
                                                   foia@loevy.com